PROB 12B
(7/93)

Report Date: November 20, 2007

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 21 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Ralph L Perkins

Case Number: 2:03CR00161-001

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle

Date of Original Sentence: 03/02/2004

Type of Supervision:  Supervised Release

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Forfeiture of Computer and Equipment, 18 U.S.C. § 2253(a)(3)

Date Supervision Commenced: 03/30/2006

Original Sentence:  Prison - 27 Months; TSR - 24 Months

Date Supervision Expires: 03/29/2008

---

## PETITIONING THE COURT

To extend the term of supervision for 12 months, for a total term of 36 months.

### CAUSE

On October 23, 2007, Ralph Perkins submitted to a polygraph examination as part of his sex offender therapy. The test results reflect signs of deception to relevant questions concerning the viewing pornographic materials by Mr. Perkins to include, child pornography by computer or video. The undersigned officer personally contacted Mr. Perkins at his residence on October 25, 2007, at which time concerns regarding the polygraph examination were discussed. At that time, Mr. Perkins was directed to get rid of any movies that were in his possession that contained any type of nudity. He was further directed not to use the Internet.

On November 20, 2007, the undersigned officer met with Mr. Perkins and his sex offender therapist. Concerns regarding the polygraph examination were discussed, as well as, the defendant's current progress. It was determined that additional time beyond his current expiration date is needed to address his issues in therapy. Subsequently, Mr. Perkins has agreed to a 1-year extension of supervised release, and has signed the attached waiver of hearing indicating so.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/20/07

Richard B. Law
U.S. Probation Officer

Prob 12B

**Re: Perkins, Ralph L**
**November 20, 2007**
**Page 2**

## THE COURT ORDERS

[ ]  No Action

JFVS ☒  The Extension of Supervision as Noted Above

☒  The Modification of Conditions as Noted Above

[ ]  Other

_Fred Van Sickle_
Signature of Judicial Officer

_November 21, 2007_
Date